UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JAMES W. THURMAN,            )<br>              )<br>  *Plaintiff*,          )<br>              )<br> v.             )<br>              )<br> DERRICK SAXE, RITA DENISE, and )<br> MARK SAXE,          )<br>              )<br>  *Defendants*.         ) | Case No. 1:22-cv-39<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H. Steger |

# JUDGMENT ORDER

For the reasons set forth in the accompanying order, this action is **DISMISSED WITH PREJUDICE**. Because the Court **CERTIFIED** that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
   CLERK OF COURT